UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LEEBCOR SERVICES, LLC, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> U.S. ARMY CORP OF ENGINEERS, USA, ) </br> CHRISTINE WORMUTH, SCOTT A. ) </br> SPELLMON, DANIEL H. HIBNER, COLONEL ) </br> ROBERT J. CLARK, JOHN HILL, ) </br> and BENJAMIN A. HILL, ) </br> ) </br> Defendants. ) </br> ) | **JUDGMENT** </br></br> 5:23-CV-70-BO-RN |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss [DE 18] is GRANTED. Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction. Plaintiff's motion for preliminary injunction [DE 3] is therefore DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on August 1, 2023, and served on:**
Patrick Burns (via CM/ECF NEF)
Suzanne Walker (via CM/ECF NEF)
Benjamin Higgins (via CM/ECF NEF)

                                                                    PETER A. MOORE, JR., CLERK

August 1, 2023

                                                    /s/ Lindsay Stouch
                                                    By: Deputy Clerk